CLOSED,782

# U.S. District Court
## Eastern District of Missouri (St. Louis)
### CRIMINAL DOCKET FOR CASE #: 4:10-cr-00447-CEJ-1

| | |
|---|---|
| Case title: USA v. Morgan | Date Filed: 08/26/2010<br>Date Terminated: 02/09/2011 |

Assigned to: Honorable Carol E. Jackson

**Defendant (1)**

| | | |
|---|---|---|
| **Jonathan Phillip Morgan**<br>*TERMINATED: 02/09/2011* | represented by | **Robert Craig Wolfrum**<br>FEDERAL PUBLIC DEFENDER<br>1010 Market Street<br>Suite 200<br>St. Louis, MO 63101<br>314-241-1255 x271<br>Fax: 314-421-3177<br>Email: robert_wolfrum@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**Kevin Curran**<br>FEDERAL PUBLIC DEFENDER<br>1010 Market Street<br>Suite 200<br>St. Louis, MO 63101<br>314-241-1255<br>Fax: 314-421-3177<br>Email: kevin_curran@fd.org<br>*TERMINATED: 09/10/2010*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**St. Louis Fed Public Defender**<br>FEDERAL PUBLIC DEFENDER<br>1010 Market Street<br>Suite 200<br>St. Louis, MO 63101<br>314-241-1255<br>Fax: 314-421-3177 |

Email: moe_ecfnote@fd.org
*TERMINATED: 09/10/2010*
*Designation: Public Defender or Community Defender Appointment*

**Thomas F. Flynn**
FEDERAL PUBLIC DEFENDER
1010 Market Street
Suite 200
St. Louis, MO 63101
314-241-1255
Fax: 314-421-3177
Email: tfflynn67@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF 5 GRAMS OF ACTUAL METH (1r) | The defendant's previously imposed sentence of imprisonment of 70 months is reduced to 60 months (effective 11/1/15); SUPERVISED RELEASE: four years (see jgm for additional terms); Special Assessment of $100 due immediately; |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**
USA        represented by    **Sirena M. Wissler**
OFFICE OF U.S. ATTORNEY
111 S. Tenth Street
20th Floor

St. Louis, MO 63102
314-539-7670
Fax: 314-539-2312
Email: sirena.wissler@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2010 | 1 | INDICTMENT returned in open court on 8/26/2010 to Judge Henry E. Autrey by the Deputy Foreperson of the Grand Jury. Referred to Magistrate Judge Noce as to Jonathan Phillip Morgan (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet) (KLK) (Entered: 08/27/2010) |
| 08/26/2010 | 2 | REDACTED INDICTMENT returned in open court on 8/26/2010 to Judge Henry E. Autrey by the Deputy Foreperson of the Grand Jury. Referred to Magistrate Judge Noce as to Jonathan Phillip Morgan (1): Former count 1 is now count 1r. (KLK) (Entered: 08/27/2010) |
| 08/26/2010 |   | Warrant Issued as to Indictment in case as to Jonathan Phillip Morgan. (KLK) (Entered: 08/27/2010) |
| 08/26/2010 | 3 | ENTRY OF ATTORNEY APPEARANCE Sirena M. Wissler appearing for USA. (KLK) (Entered: 08/27/2010) |
| 08/26/2010 | 4 | MOTION for Pretrial Detention and Hearing by USA as to Jonathan Phillip Morgan. (KLK) (Entered: 08/27/2010) |
| 08/26/2010 | 5 | Order:...IT IS BY THE COURT ORDERED that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for the defendant's final appearance. Order as to Jonathan Phillip Morgan. Signed by Honorable Henry E. Autrey on 8/26/2010. (KLK) (Entered: 08/27/2010) |
| 08/27/2010 |   | Pursuant to Local Rule 2.08, the assigned/referred magistrate judge is designated and authorized by the court to exercise full authority in this assigned/referred action or matter under 28 U.S.C. Sec. 636 and 18 U.S.C Sec. 3401. (CSAW) (Entered: 08/27/2010) |
| 09/02/2010 | 6 | LETTER LIFTING SUPPRESSION - Indictment/Superseding Indictment unsealed as to Jonathan Phillip Morgan (SAJ) (Entered: 09/03/2010) |
| 09/03/2010 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jonathan Phillip Morgan St. Louis Fed Public Defender for Jonathan Phillip Morgan appointed. Signed by Magistrate Judge David D. Noce on 9/3/10. (KXS) (Entered: 09/03/2010) |
| 09/03/2010 |   | Arrest of defendant Jonathan Phillip Morgan date of arrest: 9/3/10 (KXS) (Entered: 09/07/2010) |
| 09/03/2010 | 9 | Minute Entry for proceedings held before Magistrate Judge David D. Noce:Initial Appearance/Rule 5 as to Jonathan Phillip Morgan held on 9/3/2010; Defendant given copy of: indictment. Court to appoint: counsel. Pretrial Services bail report received on: 9/3/10. Pretrial Services Officer: Tiffany |

| | | |
|---|---|---|
| | | Corley. Detention Hearing set for 9/8/2010 10:00 AM in Courtroom 17N before Magistrate Judge David D. Noce. Arraignment set for 9/8/2010 10:00 AM in Courtroom 17N before Magistrate Judge David D. Noce. (Court Reporter or FTR Gold Operator initials:Kara Scheele.) (FTR Gold (yes or no): Yes.) (proceedings started: 2:10 p.m..) (proceedings ended: 2:14 p.m..) (Defendant Location: custody.) (KXS) (Entered: 09/07/2010) |
| 09/03/2010 | 10 | CJA 23 Financial Affidavit by Jonathan Phillip Morgan (KXS) (Entered: 09/07/2010) |
| 09/07/2010 | 8 | BAIL REPORT(FILED UNDER SEAL) as to Jonathan Phillip Morgan. (LKB) (Entered: 09/07/2010) |
| 09/07/2010 | 11 | Warrant Returned Executed on 9/3/10 in case as to Jonathan Phillip Morgan re: Indictment (KKS) (Entered: 09/07/2010) |
| 09/08/2010 | 12 | Minute Entry for Detention and Arraignment proceedings held before Magistrate Judge David D. Noce as to Jonathan Phillip Morgan held on 9/8/2010 re 4 MOTION for Pretrial Detention and Hearing filed by USA Attorney Kevin Curran for Jonathan Phillip Morgan added., Arraignment: Parties present for arraignment. Defendant waives reading of indictment, plea of not guilty as to Jonathan Phillip Morgan (1) Count 1r held on 9/8/2010. ; Court received and will take into consideration the pretrial services report; Zip code on report s/b 63143; Court took detention matters under submission; ( Criminal Pretrial Motion due by 9/22/2010., Evidentiary Hearing set for 9/30/2010 11:00 AM in Courtroom 15S before Magistrate Judge David D. Noce.) ( FTR Gold Operator initials: Katie Stamm.) (FTR Gold (yes or no): Yes.) (proceedings started: 10:00.) (proceedings ended: 10:04.) (Defendant Location: Custody.) (KKS) (Entered: 09/08/2010) |
| 09/08/2010 | 13 | MOTION for Extension For Additional Time To Obtain and Review Discovery Materials and To Determine Whether and/or What Pretrial Motions are to be Filed by Jonathan Phillip Morgan. (KKS) (Entered: 09/08/2010) |
| 09/08/2010 | 14 | Oral Motion to Suppress by Jonathan Phillip Morgan. (KKS) (Entered: 09/08/2010) |
| 09/08/2010 | 15 | Oral Motion by Government for Determination by Court of Admissibility of Arguably Suppressible Evidence by USA as to Jonathan Phillip Morgan. (KKS) (Entered: 09/08/2010) |
| 09/08/2010 | 16 | ORDER CONCERNING PRETRIAL MOTIONS Forthwith each party may propound to opposing party and may file w/the court any request for pretrial disclosure of evidence or information not later than 9/13/10. The parties shall respond to any such request for pretrial disclosure not later than 9/20/10. Counsel for defendant to file with the court a memorandum if defendant chooses not to file any pretrial motions not later than 9/22/10. Criminal Pretrial Motion due by 9/22/2010. Evidentiary Hearing set for 9/30/2010 11:00 AM in Courtroom 17N before Magistrate Judge David D. Noce.. Signed by Magistrate Judge David D. Noce on 9/8/10. (KKS) (Entered: 09/08/2010) |
| 09/09/2010 | 17 | |

| | | |
|---|---|---|
| | | Substitution of Attorney as to Jonathan Phillip Morgan Terminating Kevin Curran Replaced by substituted attorney Thomas Flynn (Flynn, Thomas) (Entered: 09/09/2010) |
| 09/09/2010 | 18 | SPEEDY TRIAL ACT FINDINGS ORDER EXTENDING TIME TO FILE PRETRIAL MOTIONS AND ORDER RELATING TO SPEEDY TRIAL ACT COMPUTATIONS granting 13 Motion for Extension IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial as to Jonathan Phillip Morgan (1). Signed by Magistrate Judge David D. Noce on 9/9/10. (KKS) (Entered: 09/09/2010) |
| 09/10/2010 | | Attorney update in case as to Jonathan Phillip Morgan. Attorney Thomas F. Flynn for Jonathan Phillip Morgan added. Attorney Kevin Curran and St. Louis Fed Public Defender terminated. (KMS) (Entered: 09/10/2010) |
| 09/10/2010 | 19 | DETENTION ORDER granting 4 Motion to Detain as to Jonathan Phillip Morgan (1) IT IS HEREBY ORDERED that the motion of the United States to detain defendant Jonathan Phillip Morgan is sustained. Defendant is committed to the custody of the Marshals Service until further order. Defendant shall have a reasonable opportunity to consult with counsel.. Signed by Magistrate Judge David D. Noce on 9/10/10. (KKS) (Entered: 09/10/2010) |
| 09/14/2010 | 20 | DISCLOSURE of Arguably Suppressible Evidence as to Jonathan Phillip Morgan (Wissler, Sirena) (Entered: 09/14/2010) |
| 09/21/2010 | 21 | WAIVER of Filing Pretrial Motions by Jonathan Phillip Morgan (Flynn, Thomas) (Entered: 09/21/2010) |
| 09/30/2010 | 22 | Minute Entry for proceedings held before Magistrate Judge David D. Noce:In Court Hearing (Waiver of Motions) as to Jonathan Phillip Morgan held on 9/30/2010; deft waives evidentiary hearing (Court Reporter or FTR Gold Operator initials:K. Spurgeon.) (FTR Gold (yes or no): Yes.) (proceedings started: 11:06 a.m..) (proceedings ended: 11:09 a.m..) (Defendant Location: custody.) (KXS) (Entered: 09/30/2010) |
| 09/30/2010 | 23 | NOTICE OF PRETRIAL MOTION WAIVER as to Jonathan Phillip Morgan (1) The following motions are withdrawn: Docs. 14-15. IT IS FURTHER ORDERED that this case will be set for a trial before a jury at the conclusion of the pretrial proceedings. 14 15 Signed by Magistrate Judge David D. Noce on 9/30/10. (KXS) (Entered: 09/30/2010) |
| 10/04/2010 | 24 | ORDER as to Jonathan Phillip Morgan; IT IS HEREBY ORDERED that this case is set for a trial on Wednesday, November 3, 2010 at 9:30 a.m. in Courtroom 14 North. If the defendant elects to enter a guilty plea, a change of plea proceeding will be held in lieu of the trial. IT IS FURTHER ORDERED that not less than one business day prior to any change of plea proceeding the parties must submit to the Court a written plea agreement and/or stipulation of facts signed by the United States and the defendant. IT IS FURTHER ORDERED that counsel shall familiarize themselves with the Local Rules and the "Judge's Requirements" published on the Court's website |

| | | |
|---|---|---|
| | | (www.moed.uscourts.gov) prior to trial. Signed by Honorable Carol E. Jackson on 10/04/2010; (DJO) (Entered: 10/04/2010) |
| 11/03/2010 | 25 | Minute Entry for Change of Plea Hearing proceedings held before Honorable Carol E. Jackson as to Jonathan Phillip Morgan; Plea of Guilty on Count 1. Guilty Plea Agreement adopted by the court and will be filed under seal; Government abandoning the forfeiture count; Sentencing set for 2/1/2011 09:30 AM in Courtroom 14N before Honorable Carol E. Jackson. (Court Reporter : Gary Bond.) (FTR Gold (yes or no): No.) (proceedings started: 9:35.) (proceedings ended: 9:57.) (Defendant Location: Custody.) (KKS) (Entered: 11/03/2010) |
| 11/03/2010 | 26 | GUILTY PLEA AGREEMENT - FILED UNDER SEAL as to Jonathan Phillip Morgan (KKS) (Entered: 11/03/2010) |
| 11/03/2010 | 27 | ORDER as to Jonathan Phillip Morgan ; Objections to Presentence Report due by 1/11/2011. Sentencing set 2/1/11 @ 9:30; FURTHER ORDERED that sentencing memoranda, if any, must be filed not less than ten (10) days prior to the sentencing date. Objections to the presentence report are not to be included in the sentencing memoranda; objections must befiled as a separate document. FURTHER ORDERED the parties shall inform the Court in writing not less than 10 days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.. Signed by Honorable Carol E. Jackson on 11/3/10. (KKS) (Entered: 11/03/2010) |
| 11/03/2010 | 28 | ORDER regarding testimony at the sentencing as to Jonathan Phillip Morgan. Signed by Honorable Carol E. Jackson on 11/3/10. (KKS) (Entered: 11/03/2010) |
| 12/29/2010 | 30 | ACCEPTANCE TO PRESENTENCE INVESTIGATION REPORT by USA as to Jonathan Phillip Morgan (Wissler, Sirena) (Entered: 12/29/2010) |
| 01/25/2011 | 31 | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Jonathan Phillip Morgan (Attachments: # 1 Letter)(MJ) (Entered: 01/25/2011) |
| 01/31/2011 | 33 | ORDER as to Jonathan Phillip Morgan IT IS HEREBY ORDERED that the sentencing hearing in this matter is re-set for Wednesday, February 9, 2011, at 10:00 a.m. Signed by Honorable Carol E. Jackson on 1/31/11. (KXS) (Entered: 01/31/2011) |
| 02/09/2011 | 34 | Minute Entry for Sentencing proceedings held before Honorable Carol E. Jackson as to Jonathan Phillip Morgan held on 2/9/2011 ; PSR to be amended; paragraphs 8 and 15 to be revised to reflect 5.8 grams of actual meth. (Court Reporter : Gary Bond.) (FTR Gold (yes or no): No.) (proceedings started: 10:05.) (proceedings ended: 10:40.) (Defendant Location: Custody.) (KKS) (Entered: 02/09/2011) |
| 02/09/2011 | 35 | JUDGMENT as to Jonathan Phillip Morgan (1), Count 1r, IMPRISONMENT: 70 months; SUPERVISED RELEASE: four years (see jgm for additional terms); Special Assessment of $100 due immediately;. Signed by Honorable Carol E. Jackson on 2/9/11. (KKS) (Entered: 02/09/2011) |
| 02/09/2011 | 36 | |

| | | |
|---|---|---|
| | | SEALED STATEMENT OF REASONS for Sentence as to defendant Jonathan Phillip Morgan . Signed by Honorable Carol E. Jackson on 2/9/11. (KKS) (Entered: 02/09/2011) |
| 02/10/2011 | 37 | NOTICE by Jonathan Phillip Morgan of Certification of Compliance with Local Rule 12.07. (Flynn, Thomas) (Entered: 02/10/2011) |
| 03/09/2011 | 38 | Marshal's Return on Judgment as to Jonathan Phillip Morgan on 3/1/11. defendant delivered to: Forrest City, AR (KXS) (Entered: 03/09/2011) |
| 04/22/2011 | 39 | COURT AMENDED FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Jonathan Phillip Morgan (Attachments: # 1 Letter) (MDH) (Entered: 04/22/2011) |
| 09/12/2011 | | Receipt CT B00115778 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of Morgan, Jonathan Phillip (CCAM) (Entered: 10/16/2011) |
| 12/09/2011 | | Receipt CT B00115899 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of Morgan, Jonathan Phillip (CCAM) (Entered: 01/12/2012) |
| 03/08/2012 | | Receipt CT B00116705 in the amount of $25.00 for SPECIAL PENALTY ASSESSMENT on behalf of Morgan, Jonathan Phillip (CCAM) (Entered: 04/15/2012) |
| 09/03/2014 | 40 | MOTION for Retroactive Application of Sentencing Guidelines Amendment 782 re: Drug/Chemical Quantity Table by Jonathan Phillip Morgan. (Wolfrum, Robert) (Entered: 09/03/2014) |
| 09/18/2014 | 41 | Report: Reduction of Sentence Amendment 782 Re: Drug/Chemical Quantity Table as to Jonathan Phillip Morgan (Attachments: # 1 Presentence Report, # 2 Statement Of Reasons)(AAS) (Entered: 09/18/2014) |
| 10/09/2014 | 42 | MOTION for Retroactive Application of Sentencing Guidelines Amendment 782 re: Drug/Chemical Quantity Table by Jonathan Phillip Morgan. (Wolfrum, Robert) (Entered: 10/09/2014) |
| 10/10/2014 | 43 | RESPONSE to Motion by USA as to Jonathan Phillip Morgan re 42 MOTION for Retroactive Application of Sentencing Guidelines Amendment 782 re: Drug/Chemical Quantity Table (Becker, Tiffany) (Entered: 10/10/2014) |
| 02/11/2015 | 44 | Judgment Amended(AO247): Order Regarding Reduction of Sentence Amendment 782 as to Jonathan Phillip Morgan (1), Count(s) 1r, The defendant's previously imposed sentence of imprisonment of 70 months is reduced to 60 months (effective 11/1/15).Signed by District Judge Carol E. Jackson on 2/11/15. (JAB) (Entered: 02/12/2015) |
| 02/11/2015 | 45 | Non-Disclosure page regarding Judgment Amended(AO247): Order Regarding Reduction of Sentence Amendment 782, 44 . Signed by District Judge Carol E. Jackson on 2/11/15. (JAB) (Entered: 02/12/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/23/2015 19:01:15 | | | |
| PACER Login: | ux4983:4271922:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 4:10-cr-00447-CEJ |
| Billable Pages: | 5 | Cost: | 0.50 |